# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN A. RHODES,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>        Defendant. | Civil No. 06cv1453 WQH (NLS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR EXTENSION OF MOTION HEARING DATE**<br><br>[Doc. No. 15] |

    The parties have filed a joint motion to continue the hearing date on the cross motions for summary judgment. This case–based on a review of an administrative decision denying social security benefits–has been pending for over 14 months and already has been subject to several delays. Plaintiff has already filed her motion for summary judgment. The parties do not offer any statement of good cause to continue the hearing date.

    Having considered the procedural posture of this case and the lack of asserted good cause to continue the hearing date, the Court grants an extension of the hearing date, but not for the length of time the parties seek. The Court **ORDERS**:

1. Defendant shall file an opposition and cross-motion for summary judgment by ***October 1, 2007***.

2. Plaintiff shall file an opposition to the cross-motion and reply to Defendant's opposition by ***October 15, 2007***.

3. Defendant shall file any reply to Plaintiff's opposition by ***October 22, 2007***.

1      4.    The motions shall be scheduled for hearing on ***October 29, 2007 at 1:30 p.m.***  No personal appearances are required.

**IT IS SO ORDERED.**

DATED: September 24, 2007

                                        Hon. Nita L. Stormes
U.S. Magistrate Judge